TIMOTHY COURCHAINE
United States Attorney
District of Arizona
FAITH HOOK
Special Assistant U.S. Attorney
Arizona State Bar No. 039361
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: faith.hook@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.  CR-24-00341-PHX-KML |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Mario Andres Trujillo, | |
| Defendant. | |

NOTICE is hereby given, in accordance with Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Special Assistant United States Attorney Faith Hook is substituted in place of Special Assistant United States Attorney Sydney Yew as attorney for the United States.

Respectfully submitted this October 2, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


_s/ Faith Hook_
FAITH HOOK
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Joseph Duarte, *Attorney for defendant*

 *s/ Lori Feasel*
U.S. Attorney's Office